**Julius W. BOYKIN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

**No. 05–3356.**

United States Court of Appeals, Federal Circuit.

Dec. 16, 2005.

ON MOTION

*ORDER*

Upon consideration of the unopposed motion of Julius W. Boykin for reconsider-

ation of the court's October 13, 2005 order dismissing his petition for review for failure to file a Fed. Cir. R. 15(c) statement, and a Rule 15(c) statement now having been received,

IT IS ORDERED THAT:

The motion for reconsideration is granted; the dismissal order is vacated; and the mandate is recalled. Boykin's brief is due within 45 days of the date of filing of this order.